| | | |
|---|---|---|
| 1 | Amanda L. Groves (SBN: 187216)<br>agroves@winston.com | Michael J. Schiff (SBN: 34338)<br>schiff_michael@yahoo.com |
| 2 | Sean D. Meenan (SBN: 260466)<br>smeenan@winston.com | **Michael J. Schiff, A Professional Law Corporation** |
| 3 | **Winston & Strawn LLP**<br>101 California Street | 18321 Ventura Boulevard, Suite 900 |
| 4 | San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000 | Tarzana, CA 91356<br>Telephone: (818) 981-2131 |
| 5 | Facsimile: (415) 591-1400 | Facsimile: (818) 981-7635 |
| 6 | Shawn R. Obi (SBN: 288088)<br>sobi@winston.com | Attorneys for Third Party Plaintiff |
| 7 | **Winston & Strawn LLP** | LIBERTY VEGETABLE OIL COMPANY |
| 8 | 333 S. Grand Avenue<br>Los Angeles, CA 90071-1543 | Bradley M. Rose |
| 9 | Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 | brose@kayerose.com<br>Frank C. Brucculeri |
| 10 | Attorneys for Third Party Defendant | fbrucculeri@kayerose.com<br>Daniel F. Berberich |
| 11 | DIAMOND FOODS, INC. | dberberich@kayerose.com<br>**Kaye Rose and Partners LLP** |
| 12 | | 1801 Century Park East Suite 1500<br>Los Angeles, CA 90067-2302 |
| 13 | | |
| 14 | | Attorneys for Plaintiffs<br>MMA IARD, and MMA IARD |
| 15 | | ASSURANCES MUTUELLES |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MMA IARD, and MMA IARD ASSURANCES MUTUELLES, | ) ) ) | Case No.: 2:13-cv-02285 SVW (SHx) |
| Plaintiffs, | ) ) ) | *[Judge: Hon. Stephen V. Wilson, Dept. 6]* |
| v. | ) ) | |
| LIBERTY VEGETABLE OIL COMPANY; and DOES 1 TO 10, INCLUSIVE, | ) ) ) ) | **ORDER ENTERING STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL MATERIALS** |
| Defendants. | ) ) ) | Third-Party Complaint Served: 6/5/2013<br>Trial Date: January 14, 2014 |
| LIBERTY VEGETABLE OIL COMPANY, | ) ) ) | Pretrial Conference Date: Jan. 6, 2014<br>Discovery Cutoff Date: None set<br>Motion Cutoff Date: None set |
| Defendant and<br>Third Party Plaintiff, | ) ) ) | |
| v. | ) ) | |

**ORDER ENTERING STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL MATERIALS**

1  DIAMOND FOOD, INC.; and THIRD )
2  PARTY DOES 1 to 10, )
                                  )
3         Third Party Defendants. )

Before the Court is the Stipulated Protective Order Governing the Disclosure of Confidential Materials signed by counsel of record and filed on September 9, 2013. Having read the Stipulated Protective Order Governing the Disclosure of Confidential Materials, the Court rules as follows:

IT IS HEREBY ORDERED that the Stipulated Protective Order Governing the Disclosure of Confidential Materials filed on September 9, 2013, is entered in this case.

Dated: September 11, 2013

_____
*HONORABLE STEPHEN J. HILLMAN*
*U.S. MAGISTRATE JUDGE*

Submitted by:
WINSTON & STRAWN LLP

By: /s/ Amanda L. Groves _____
    Amanda L. Groves
Attorneys for Third Party Defendant
DIAMOND FOODS, INC.

---

**[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL MATERIALS**