Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Shawn R. Obi (SBN: 288088)
sobi@winston.com
**Winston & Strawn LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Third Party Defendant
DIAMOND FOODS, INC.

Michael J. Schiff (SBN: 34338)
schiff_michael@yahoo.com
**Michael J. Schiff, A Professional Law Corporation**
18321 Ventura Boulevard, Suite 900
Tarzana, CA 91356
Telephone: (818) 981-2131
Facsimile: (818) 981-7635

Attorneys for Third Party Plaintiff
LIBERTY VEGETABLE OIL COMPANY

Bradley M. Rose
brose@kayerose.com
Frank C. Brucculeri
fbrucculeri@kayerose.com
Daniel F. Berberich
dberberich@kayerose.com
**Kaye Rose and Partners LLP**
1801 Century Park East Suite 1500
Los Angeles, CA 90067-2302

Attorneys for Plaintiffs
MMA IARD, and MMA IARD
ASSURANCES MUTUELLES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMA IARD, and MMA IARD ASSURANCES MUTUELLES,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY VEGETABLE OIL COMPANY; and DOES 1 TO 10, INCLUSIVE,<br><br>Defendants.<br><br>LIBERTY VEGETABLE OIL COMPANY,<br><br>Defendant and<br>Third Party Plaintiff,<br><br>v. | Case No.: 2:13-cv-02285 SVW (SHx)<br><br>*[Judge: Hon. Stephen V. Wilson, Dept. 6]*<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL MATERIALS**<br><br>Third-Party Complaint Served: 6/5/2013<br>Trial Date: January 14, 2014<br>Pretrial Conference Date: Jan. 6, 2014<br>Discovery Cutoff Date: None set<br>Motion Cutoff Date: None set |

1 | DIAMOND FOOD, INC.; and THIRD )
2 | PARTY DOES 1 to 10, )
   | )
3 |          Third Party Defendants. )
4
5        Before the Court is the Stipulated Protective Order Governing the Disclosure of

6 Confidential Materials signed by counsel of record and filed on  September 9, 2013.

7 Having read the Stipulated Protective Order Governing the Disclosure of Confidential

8 Materials, the Court rules as follows:

9        IT IS HEREBY ORDERED that the Stipulated Protective Order Governing the

10 Disclosure of Confidential Materials filed on September 9, 2013, is entered in this

11 case.

12

13    Dated:  September 11, 2013

   _____
   HONORABLE STEPHEN J. HILLMAN
14   U.S. MAGISTRATE JUDGE

15

16 Submitted by:

17 WINSTON & STRAWN LLP

18 By: /s/ Amanda L. Groves_____

19      Amanda L. Groves
   Attorneys for Third Party Defendant
20 DIAMOND FOODS, INC.

21

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE
OF CONFIDENTIAL MATERIALS**